# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Supreme Raheem Ackbar, aka Ronald Gary #275886 )<br>*Plaintiff* )<br>v. )<br>Christopher Monaco, B. Blakely, K. Conrad, R.L. )<br>Tuner, Steven McCarthy, Scott Lewis, Henery )<br>McMaster, William R. Byers, Jr., State of SC, et al )<br>*Defendant* | Civil Action No.  4:19-cv-1373-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  October 1, 2019               *CLERK OF COURT*


                                    s/Debbie Stokes
                                    _____
                                    *Signature of Clerk or Deputy Clerk*